AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00468 |
| Robert Morss | ) Assigned To : Meriweather, Robin M. |
| DOB: ▇ | ) Assign. Date : 6/9/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111, 2 | - Assaulting, Resisting, or Impeding Certain Officers or Employees, |
| 18 U.S.C. § 231(a)(3) | - Civil Disorder, |
| 18 U.S.C. § 2112 | - Robbery of Personal Property of the United States, |
| 18 U.S.C. § 1512(c)(2) | - Obstruction of Official Proceeding. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Charles Rooney, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___06/10/2021___                      _____
                                                                    Judge's signature

City and state:   ___Washington, D.C.___       Robin M. Meriweather, U.S. Magistrate Judge
                                                                    Printed name and title