IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 21-40** |
| | : | |
| | : | |
| **ROBERT MORSS** | : | |

**O R D E R**

**AND NOW**, this **7th** day of July, 2021, upon consideration of the Defendant's Unopposed Motion for Continuance of Bail Hearing, it is hereby **ORDERED** that the motion is **GRANTED**.

The bail hearing in this matter is continued to 3:00 p.m. on July 13, 2021, before Magistrate Judge G. Michael Harvey.

_____
**G. MICHAEL HARVEY**
**United States Magistrate Judge**