UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-40 |
| : | |
| ROBERT MORSS, : | |
| Defendant. : | |

**GOVERNMENT'S SECOND
SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF PRE-TRIAL DETENTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental memorandum in support of its oral motion that the Defendant, Robert Morss, be detained pending trial pursuant to 18 U.S.C. § 3142(f)(1)(A) [Crime of Violence] and 18 U.S.C. 3142(f)(2)(A) [Serious Risk of Flight].[1]

Per the Court's request, the government is providing this supplemental filing laying out the text messages identified recently and referred to in today's detention hearing. A redacted copy of the text messages referenced or read aloud at the hearing is appended to this filing as Exhibit A. (Per the Court's request, an unredacted copy of the same has also been provided to chambers via email. In addition, as noted by the government at the hearing, a copy of all the currently identified relevant

---

[1] As noted in the hearing, given the texts identified discussing fleeing the country, the government is also now pursuing detention on this basis. *See, e.g.*, *United States v. Anderson*, 382 F. Supp. 2d 13, 14 (D.D.C. 2005) ("the BRA provides for pretrial detention if the government establishes by a preponderance of the evidence that the defendant is likely to flee before trial if released and that no condition or combination of conditions will reasonably assure the appearance of the defendant as required").

1

texts has been sent to defense counsel.)  These texts were provided in response to a search warrant and according to available information from the provider only include some of the SMS texts sent or received by the phone number (xxx) xxx-4397 (hereinafter "Defendant's Number") from January 3, 2021 to February 3, 2021.  Given that the formatting of the messages makes the, difficult to read, the government has also included a summary below.[2]

<u>**Conversation with Person 1 (highlighted in yellow in Exhibit A)**</u>:

*January 4, 2021*[3]:

- *From Defendant's Number:* Dude I can't believe it!!!
- *From Defendant's Number:* I'm going to be a part of one of the largest protest/ marches in recent history!!!
- *From Defendant's Number:* The California caravan gets into DC today!! The whole nation is converging on DC! This is WILD!!!!
- *From Defendant's Number:* I hope nothing too crazy happens.
- *From Person 1:* Could be historic! Idk much about Catholism but I heard this Wednesday is The Feast of the Epiphany!

*January 5, 2021:*

- *From Defendant's Number:* There are so many people going to DC it's off the chain!
- *From Defendant's Number:* I'm getting completely suited up for it.
- *From Person 1:* I'm hearing at least 1 0 000?!!! Take pics!!

*January 6, 2021:*

- *From Defendant's Number:* It's going down!!!

---

[2] Specifically, to make it easier to read, in this summary the government has: (1) replaced the text "&apos;"  with apostrophes and the text "&quot" with quote symbols, which appears to be what those symbols mean in the text report based on context; (2) specified if the text was sent from or to the Defendant's Number; (3) taken out the words "REST-SMS-MO" and " REST-SMS-AO" which appear to automatically appear at the end of the message in each row; (4) removed "[#@#PH001#@#]" which appears to separate a long text into two texts and removed duplicate lines; and (5) grouped conversations between the same two numbers.

[3] The undersigned has not yet been able to confirm whether the time stamps are in Eastern Standard Time or Greenwich Mean Time.  This summary assumes that they are in Eastern Standard Time.

*January 7, 2021:*

- *From Defendant's Number:* I'm good to go.
- *From Defendant's Number:* I'll tell you about it more in person
- *From Person 1:* O.k glad you're well! Take care my man.
- *From Defendant's Number:* No bars no scratches.
- *From Defendant's Number:* But shit went down
- *From Defendant's Number:* Can't talk about it over the phone
- *From Person 1:* Roger that big brother is watching and listening ????????????????????

### Conversation with Person 2 (Highlighted in Green Exhibit A):

*January 4, 2021:*

- *From Defendant's Number:* REDACTED ordered his walkietalkies already!
- *From Person 2:* Fuck!!! I suck
- *From Defendant's Number:* It's all good man! Just bring food water and medical shit and we'll be fine! And be prepared to stand for long periods of time.
- *From Person 2:* Honestly we shouldn't allow ourselves into a situation in which they are needed
- *From Defendant's Number:* That can happen to anyone at any time my man!
- *From Person 2:* Vigilance
- *From Defendant's Number:* And boldness

### Conversation with Person 3 (Highlighted in Orange in Exhibit A):

*January 4, 2021:*

- *From Person 3:* Yes sir!!!|
- *From Person 3:* [no text]
- *From Defendant's Number:* Fuck ya!! You'll definitely be ready!!!!
- *From Defendant's Number:* I'll have my plate carrier on as well.
- *From Person 3:* Sweet!!! ????????????????

3

- *From Defendant's Number:* I'm ready for anything and everything brotha
- *From Person 3*: Exactly!

*January 5, 2021:*

- *From Defendant's Number:* I think were in for a wild day man
- *From Person 3*: Yes sir!

*January 6, 2021:*

- *From Person 3*: Ok i am with a bunch of friends my sister. We are all ready for business!???????????? i should be at the ellipse around 8 am
- *From Defendant's Number:* Ok I think I'll be there around then too! Let's try to link up
- *From Person 3*: Yes ill hit you up when i am there

**Conversation with Person 4 (Highlighted in pink in Exhibit A)**:

*January 4, 2021:*

- *From Person 2:* Are we staying at a hotel or at a buddie's house?
- *From Defendant's Number:* Do you have walkie talkies?
- *From Person 2:* I ordered them. There suppose to come today
- *From Defendant's Number:* I gotcha. Mine is supposed to come tomorrow
- *From Person 2:* They came.

*January 5, 2021:*

- *From Defendant's Number:* Good deal!! We can figure them out on the way down!

*January 9, 2021:*

- *From Defendant's Number:* Hey I don't know if I already told you about this but I'm not telling anyone who wasn't there anything about the 6th. *REDACTED* isn't going to hear about it for a long time. Just wanted to put that out there so the beans weren't accidentally spilled.
- *From Person 2:* Ok
- *From Defendant's Number:* I appreciate it my man. Just don't want any one who doesn't understand to be included just yet
- *From Person 2:* I Completely understand.

4

*January 21, 2021:*

- *From Person 2:* Did you send me a response? My phone receive a message but then immediately it disapeared
- *From Defendant's Number:* [no text]
- *From Person 2:* Weird.
- *From Person 2:* Being spied on lol.

*January 22, 2021:*

- *From Defendant's Number:* Dude maybe.. at this rate nothing would surprise me
- *From Person 2:* ?????
- *From Defendant's Number:* I'm just hoping I don't get fucking arrested.
- *From Defendant's Number:* Did you hear about that weirdo that was trying to link up with us? *REDACTED*'s friend? The one that *REDACTED* was talking to on the phone got tracked down in NYC and the FBI arrested him.
- *From Defendant's Number:* There's news articles about it too!
- *From Person 2:* I did not. Shit man. I will pray. I wish I could do more.
- *From Defendant's Number:* Hey it's all good man. I'm praying for him too. I just hope *REDACTED* and I aren't next. ??
- *From Person 2:* There's a lot of uncertainty but I think it will work out in the end.
- *From Defendant's Number:* This guy also bragged about taking over the capital and murdering a bunch of pedophiles and satanic people in the capital on social media. He has a ton of photos of him with a bunch of guns with trump stuff in the background on social media AND has a YouTube channel for picking up chicks... So he kinda fits the Bill of someone who might be a little crazy.
- *From Person 2:*  Sounds like it.
- *From Defendant's Number:*  We have nothing in common with that guy ????
- *From Person 2:*  You both should be safe.
- *From Defendant's Number:*  That's what I'm hoping. We're much smaller fish.
- *From Defendant's Number:*  I'll send you the articles of that guy who got arrested
- *From Defendant's Number:*   https://gothamist.com/news/upper-east-side-pickup-artist-arrested-alleged-role-capitol-insurrection
- *From Defendant's Number:*   https://nypost.com/2021/01/20/fbi-agents-swarm-heavily-armed-nyc-man-from-capitol-riot/

*January 24, 2021:*

- *From Defendant's Number:*  Hey bro can you pray for me please?
- *From Person 2:*  Absolutely. Anything pacific?

5

- *From Defendant's Number:* I'm freaking out dude. I think it's only a matter of time before "ramifications"; of the 6th come down on me. I've been watching and reading Shit all night. People from centre county PA Pittsburgh Philly have already been hunted down and arrested..
- *From Person 2:* Got it brother.
- *From Person 2:* Praying right now.
- *From Defendant's Number:* Thanks brotha. I feel ice cold inside. I want to make a positive difference in life and show affection and belief to these kids who I will inevitably teach some day and I'm begging God that I am still able to do that with my life. If not I'm completely screwed.
- *From Defendant's Number:* I feel like I need to throw up and fall asleep at the same time.
- *From Person 2:* Try to relax. Nothing is lost yet.
- *From Defendant's Number:* https://www.google.com/amp/s/amp.cnn.com/cnn/2021/01/22/politics/us-capitol-riot-investigation/index.html
- *From Defendant's Number:* I'm trying to I feel like I'm going to get squashed like a bug on Monday.
- *From Person 2:* I'll be praying. I think this is about to get side lined with bigger events. We shall see. Hang in there. Let me know if I can do anything else for you. I might be getting off orders on the 26th. If you want I can swing by if you need to talk or something.
- *From Defendant's Number:* Thank you brotha. I'll try to calm down. This is pretty wild and a selfish part of me hopes that something big takes place. I appreciate your support and I'll admit I am terrified but I am begging for Gods forgiveness and mercy.
- *From Defendant's Number:* I'm pretty shook up right now hahaha not gonna lie.
- *From Defendant's Number:* Please pray for me. I'm wigging out
- *From Defendant's Number:* I'm considering leaving the country
- *From Defendant's Number:* They are crushing everyone.

*January 25, 2021:*

- *From Person 2:* How are you doing today?
- *From Defendant's Number:* I'm stressing my ass off. But I'm trying to stay calm and pray like a maniac. I'm begging for mercy and for this to pass over me.
- *From Person 2:* I'm sorry dude. Been praying for you. Maybe you should take a little vacation somewhere?
- *From Defendant's Number:* I don't want to fly and pop hot on any radars but I'm thinking I need to drive somewhere and get out of town.

6

- *From Defendant's Number:* Thank you for praying for me man.
- *From Defendant's Number:* It means a lot
- *From Person 2:* You're welcome.
- *From Defendant's Number:* Each passing day helps me feel a little better I know I am a small fish in comparison to the people who ransacked the capital or were plotting to do so online but if this comes back in my direction I'll be finished.
- *From Person 2:* I guess and they call us conspiracy theoriest??
- *From Defendant's Number:* I'm just hoping they aren't calling me a fugitive anytime soon??
- *From Person 2:* Lol. They will have a shit ton of those soon.
- *From Defendant's Number:* You think so???
- *From Person 2:* I think so. If had to guess possibly in the next two weeks. That's not supported on info I've seen. It's just me guessing.
- *From Defendant's Number:* It's so bad of me but I'm really hoping that something crazy happens to take the spotlight off the latest scenario. If this year is anything like 2020 there should be something insane biweekly

## **CONCLUSION**

WHEREFORE, the United States respectfully requests that the Court grant the government's motion to detain the Defendant pending trial.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/

MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2021, I sent a copy of the foregoing via the Court's electronic filing system to counsel for the defendant.

By: /s/

MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

# EXHIBIT A

| BilledMDN | MessageTime | From | Recipient | Message | Type | | |
|---|---|---|---|---|---|---|---|
| 4397 | 1/4/2021 6:25:50 PM | | 24397 | Dude I can&apos;t believe it!!! | REST SMS MO | | |
| 4397 | 1/4/2021 6:26:11 PM | | 24397 | I&apos;m going to be a part of one of the largest protest/ marches in recent history!!!! | REST-SMS-MO | | |
| 4397 | 1/4/2021 6:26:37 PM | | 24397 | The California caravan gets into DC today!! The whole nation is converging on DC! This is WILD!!!! | REST-SMS-MO | | |
| 4397 | 1/4/2021 6:26:43 PM | | 24397 | I hope nothing too crazy happens. | REST-SMS-MO | | |
| 4397 | 1/4/2021 6:37:25 PM | | | Could be historic! Idk much about Catholism | | but I heard this Wednesday is The Feast of the Epiphany! | REST-SMS-MO |
| 4397 | 1/4/2021 10:21:42 PM | | 24397 | Are we staying at a hotel or at a buddie&apos;s house? | REST SMS AO | | |
| 4397 | 1/4/2021 11:08:36 PM | | | Do you have walkie ta kies? | REST SMS MO | | |
| 4397 | 1/4/2021 11:11:36 PM | | 24397 | I ordered them. There suppose to come today. | REST-SMS-AO | | |
| 4397 | 1/4/2021 11:12:05 PM | | 24397 | I gotcha. Mine is supposed to come tomorrow | REST-SMS-MO | | |
| 4397 | 1/4/2021 11:12:26 PM | | 24397 | ordered his walkietalkies already! | REST SMS MO | | |
| 4397 | 1/4/2021 11:12:48 PM | | 24397 | Fuck!!  I suck | REST-SMS AO | | |
| 4397 | 1/4/2021 11:13:54 PM | | 24397 | It&apos;s all good man! Just bring food water and medical shit and we&apos;ll be fine  And be prepared to stand for long periods of time. | REST-SMS-MO | | |
| 4397 | 1/4/2021 11:15:03 PM | | 24397 | Honestly we shouldn&apos;t allow ourselves into a situation in which they are needed | REST-SMS-AO | | |
| 4397 | 1/4/2021 11:21:04 PM | | 24397 | That can happen to anyone at any time my man! | REST-SMS-MO | | |
| 4397 | 1/4/2021 11:21:24 PM | | | Vigilance | REST SMS AO | | |
| 4397 | 1/4/2021 11:46:35 PM | | | Yes sir!!! | REST-SMS-MO | | |
| 4397 | 1/4/2021 11:47:06 PM | | 24397 | REST_MM1_REQUEST | | | |
| 4397 | 1/4/2021 11:51:44 PM | | 24397 | Fuck ya!! You&apos;ll definitely be ready!!!! | REST SMS MO | | |
| 4397 | 1/4/2021 11:52:02 PM | | 24397 | I&apos;ll have my plate carrier on as well. | REST-SMS-MO | | |
| 4397 | 1/4/2021 11:52:14 PM | | | And boldness | REST-SMS-MO | | |
| 4397 | 1/4/2021 11:53:35 PM | | 24397 | Sweet!!! ?????????????????? | REST SMS MO | | |
| 4397 | 1/4/2021 11:55:26 PM | | 24397 | I&apos;m ready for anything and everything brotha | REST-SMS-MO | | |
| 4397 | 1/4/2021 11:58:54 PM | | | They came. | REST SMS AO | | |
| 4397 | 1/4/2021 11:59:59 PM | | | Exactly! | REST SMS MO | | |
| 4397 | 1/5/2021 12:07:03 AM | | 24397 | Good deal!  We can figure them out on the way down! | REST-SMS-MO | | |
| 4397 | 1/5/2021 12:16:28 AM | | 24397 | think were in for a wild day man | REST-SMS-MO | | |
| 4397 | 1/5/2021 12:21:45 AM | | | Yes sir! | REST-SMS-MO | | |
| 4397 | 1/5/2021 12:22:45 AM | | 24397 | There are so many people going to DC it&apos;s off the chain! | REST-SMS-MO | | |
| 4397 | 1/5/2021 12:22:52 AM | | 24397 | &apos;m getting completely suited up for it. | REST SMS MO | | |
| 4397 | 1/5/2021 12:24:18 AM | | 24397 | I&apos;m hearing at least 1 | | 0 000?!! Take pics!! | REST-SMS-MO |
| 4397 | 1/6/2021 2:41:20 AM | | 24397 | Ok i am with a bunch of friends my sister. We are all ready for bus[#@#PH002#@#] | REST SMS MO | | |
| 4397 | 1/6/2021 2:41:21 AM | | 24397 | [#@#PH001#@#]iness!???????????? i should be at the ellipse around 8 am | REST-SMS-MO | | |
| 4397 | 1/6/2021 2:41:46 AM | | 24397 | Ok I think I&apos;ll be there around then too! Let&apos;s try to link up | REST-SMS-MO | | |
| 4397 | 1/6/2021 2:42:15 AM | | 24397 | Yes ill hit you up when i am there | REST-SMS-MO | | |
| 4397 | 1/6/2021 2:43:21 AM | | | t&apos;s going down!!! | REST SMS MO | | |
| 4397 | 1/7/2021 1:43:41 AM | | 24397 | &apos;m good to go. | REST-SMS-MO | | |
| 4397 | 1/7/2021 1:45:26 AM | | 24397 | &apos;ll tell you about it more in person | REST SMS MO | | |
| 4397 | 1/7/2021 1:46:07 AM | | 24397 | O.k | | glad you&apos;re well! Take care my man. | REST-SMS-MO |
| 4397 | 1/7/2021 1:46:26 AM | | | No bars no scratches. | REST-SMS-MO | | |
| 4397 | 1/7/2021 1:46:29 AM | | 24397 | But shit went down | REST SMS MO | | |
| 4397 | 1/7/2021 1:46:36 AM | | 24397 | Can&apos;t talk about it over the phone | REST-SMS-MO | | |
| 4397 | 1/7/2021 1:47:20 AM | | 24397 | Roger that | | big brother is watching and listening ??????????????????? | REST-SMS-MO |
| 4397 | 1/9/2021 2:32:15 AM | | 24397 | Hey I don&apos;t know if I already told you about this but I&apos;m not telling anyone who wasn&apos;t there anything about the 6th. sn&apos;t going to hear about it[#@#PH002#@#] | REST-SMS-MO | | |
| 4397 | 1/9/2021 2:32:17 AM | | 24397 | PH001#@#] for a long time. | | | |
| | | | | Just wanted to put that out there so the beans weren&apos;t accidentally spilled. | REST SMS MO | | |
| 4397 | 1/9/2021 2:33:30 AM | | | Ok | REST-SMS-AO | | |
| 4397 | 1/9/2021 2:36:39 AM | | 24397 | appreciate it my man. Just don&apos;t want any one who doesn&apos;t understand to be included just yet | REST-SMS-MO | | |
| 4397 | 1/9/2021 2:37:34 AM | | | I Completely understand. | REST-SMS-AO | | |
| 4397 | 1/21/2021 11:36:13 PM | | 24397 | Did you send me a response? My phone receive a message | | but then immediately it disapeared. | REST SMS AO |
| 4397 | 1/21/2021 11:58:05 PM | | 24397 | REST_MM1_REQUEST | | | |
| 4397 | 1/21/2021 11:58:38 PM | | | 24397 Weird. | REST SMS AO | | |
| 4397 | 1/21/2021 11:58:51 PM | | | Being spied on lol. | REST-SMS-AO | | |
| 4397 | 1/22/2021 12:03:50 AM | | 24397 | Dude maybe.. at this rate nothing would surprise me | REST SMS MO | | |
| 4397 | 1/22/2021 12:04:36 AM | | 24397 | ????? | REST-SMS-AO | | |
| 4397 | 1/22/2021 12:33:31 AM | | | I&apos;m just hoping I don&apos;t get fucking arrested. | REST-SMS-MO | | |
| 4397 | 1/22/2021 12:34:10 AM | | 24397 | Did you hear about that weirdo that was trying to link up with us?  &apos;s friend? The one that was talking to on the phone got tracked down in NYC and[#@#PH002#@#] | REST-SMS-MO | | |
| 4397 | 1/22/2021 12:34:10 AM | | 24397 | PH001#@#] the FBI arrested him. | | | |
| 4397 | 1/22/2021 12:34:15 AM | | 24397 | There&apos;s news articles about it too! | REST SMS MO | | |
| 4397 | 1/22/2021 12:35:57 AM | | 24397 | I did not. Shit man. I will pray. I wish I could do more. | REST-SMS-AO | | |
| 4397 | 1/22/2021 12:41:07 AM | | 24397 | Hey it&apos;s all good man. I&apos;m praying for him too. | | | |
| | | | | I just hope an[#@#PH002#@#] | REST SMS MO | | |
| 4397 | 1/22/2021 12:41:07 AM | | 24397 | PH001#@#]d I aren&apos;t next. ?? | REST-SMS-MO | | |
| 4397 | 1/22/2021 12:42:02 AM | | 24397 | There&apos;s a lot of uncertainty | | but I think it will work out in the end. | REST-SMS-AO |
| 4397 | 1/22/2021 12:49:25 AM | | 24397 | This guy also bragged about taking over the capital and murdering a bunch of pedophiles and satanic people in the capital on social media. He has a ton o[#@#PH002#@#][#@#PH003#@#] | REST SMS MO | | |
| 4397 | 1/22/2021 12:49:26 AM | | 24397 | PH001#@#]f photos of him with a bunch of guns with trump stuff in the background on social media AND has a YouTube channel for picking up chicks... So he kinda fi[#@#PH003#@#] | REST-SMS-MO | | |
| 4397 | 1/22/2021 12:49:26 AM | | 24397 | PH001#@#]f photos of him with a bunch of guns with trump stuff in the background on social media AND has a YouTube channel for picking up chicks... So he kinda fits the Bill of someone who might be a little crazy. | REST-SMS-MO | | |
| 4397 | 1/22/2021 12:52:15 AM | | | Sounds like it. | REST SMS AO | | |
| 4397 | 1/22/2021 12:52:42 AM | | 24397 | We have nothing in common with that guy ???? | REST-SMS-MO | | |
| 4397 | 1/22/2021 12:54:45 AM | | | You both should be safe. | REST-SMS-AO | | |
| 4397 | 1/22/2021 12:57:12 AM | | 24397 | That&apos;s what I&apos;m hoping. | | | |
| | | | | We&apos;re much smaller fish. | REST-SMS-MO | | |
| 4397 | 1/22/2021 11:50:00 AM | | 24397 | I&apos;ll send you the articles of that guy who got arrested | REST SMS MO | | |
| 4397 | 1/22/2021 11:50:22 AM | | 24397 | https://gothamist.com/news/upper east side pickup artist arrested alleged role capitol insurrection | REST SMS MO | | |
| 4397 | 1/22/2021 11:50:35 AM | | 24397 | https://nypost.com/2021/01/20/fbi-agents-swarm-heavily-armed-nyc-man-from-capitol-riot/ | REST-SMS-MO | | |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| 4397|1/24/2021 6:08:28 AM | 24397 | | Hey bro can you pray for me please?|REST-SMS-MO | | |
| 4397|1/24/2021 6:09:02 AM | | 24397 | Absolutely. Anything pacific?|REST-SMS-AO | | |
| 4397|1/24/2021 6:10:00 AM | 24397 | | &apos;m freaking out dude. | | |
| I think it&apos;s only a matter of time before &quot;ramifications&quot; of the 6th come down on me. | | | | | |
| I&apos;ve been watching and reading Shit al ni[#@#PH002#@#]|REST-SMS-MO | | | | | |
| 4397|1/24/2021 6:10:01 AM | | 24397 | PH001#@#]ght. | | |
| People from centre county PA | | | | pittsburgh | Philly | have already been hunted down and |
| 4397|1/24/2021 6:10:27 AM | | 24397 | Got it brother.|REST SMS AO | | |
| 4397|1/24/2021 6:10:40 AM | | 24397 | Praying right now.|REST-SMS-AO | | |
| 4397|1/24/2021 6:11:55 AM | | 24397 | Thanks brotha. I feel ice cold inside. I want to make a positive difference in life and show affection and belief to these kids who I will inevitably tea[#@#PH002#@#]|REST SMS MO | | |
| 4397|1/24/2021 6:11:58 AM | 24397 | | Thanks brotha. I feel ice cold inside. I want to make a positive difference in life and show affection and belief to these kids who I will inevitably teach some day and I&apos;m begging God that I am still able to do that with my life. | | |
| If not I&apos;m completely screwed.|REST-SMS-MO | | | | | |
| 4397|1/24/2021 6:12:21 AM | | 24397 | feel like I need to throw up and fall asleep at the same time.|REST-SMS-MO | | |
| 4397|1/24/2021 6:13:19 AM | | 24397 | Try to relax. Nothing is lost yet.|REST SMS AO | | |
| 4397|1/24/2021 6:14:30 AM | | 24397 | https://www.google.com/amp/s/amp.cnn.com/cnn/2021/01/22/politics/us-capitol-riot-investigation/index.html|REST-SMS-MO | | |
| 4397|1/24/2021 6:14:58 AM | 24397 | | &apos;m trying to | but it&apos;s rea ly hard to relax when this is happening. | | |
| I feel like I&apos;m going to get squashed like a bug on Monday.|REST-SMS-MO | | | | | |
| 4397|1/24/2021 6:29:46 AM | | 24397 | I&apos;ll be praying.  I think this is about to get side lined with bigger events. We shall see.  Hang in there. Let me know if I can do anything else for you[#@#PH002#@#]|REST-SMS-AO | | |
| 4397|1/24/2021 6:29:46 AM | | 24397 | I&apos;ll be praying.  I think this is about to get side lined with bigger events. We shall see.  Hang in there. Let me know if I can do anything else for you. I might be getting off orders on the 26th. If you want I can swing by if you need to talk or something.|REST SMS AO | | |
| 4397|1/24/2021 6:37:16 AM | 24397 | | Thank you brotha. I&apos;ll try to calm down. This is pretty wild and a selfish part of me hopes that something big takes place. | | |
| I appreciate your support and[#@#PH002#@#]|REST-SMS-MO | | | | | |
| 4397|1/24/2021 6:37:17 AM | 24397 | | Thank you brotha. I&apos;ll try to calm down. This is pretty wild and a selfish part of me hopes that something big takes place. | | |
| I appreciate your support and I&apos;ll admit I am terrified but I am begging for Gods forgiveness and mercy. |REST-SMS-MO | | | | | |
| 4397|1/24/2021 1:13:22 PM | 24397 | | I&apos;m pretty shook up right now hahaha not gonna lie.|REST-SMS-MO | | |
| 4397|1/24/2021 7:59:57 PM | 24397 | | Please pray for me. I&apos;m wigging out|REST-SMS MO | | |
| 4397|1/24/2021 8:00:06 PM | 24397 | | I&apos;m considering leaving the country|REST SMS MO | | |
| 4397|1/24/2021 8:00:29 PM | 24397 | | They are crushing everyone.|REST-SMS-MO | | |
| 4397|1/25/2021 1:30:29 PM | | 24397 | How are you doing today?|REST-SMS AO | | |
| 4397|1/25/2021 1:31:11 PM | 24397 | | I&apos;m stressing my ass off. | | |
| But I&apos;m trying to stay calm and pray like a maniac. | | | | | |
| I&apos;m begging for mercy and for this to pass over me.|REST-SMS-MO | | | | | |
| 4397|1/25/2021 1:32:26 PM | | 24397 | I&apos;m sorry dude  Been praying for you. Maybe you should take a little vacation somewhere?|REST SMS AO | | |
| 4397|1/25/2021 1:49:38 PM | 24397 | | I don&apos;t want to fly and pop hot on any radars but I&apos;m thinking I need to drive somewhere and get out of town.|REST SMS MO | | |
| 4397|1/25/2021 1:49:45 PM | 24397 | | Thank you for praying for me man.|REST-SMS-MO | | |
| 4397|1/25/2021 1:49:49 PM | 24397 | | It means a lot.|REST-SMS-MO | | |
| 4397|1/25/2021 1:50:04 PM | | 24397 | You&apos;re welcome.|REST SMS AO | | |
| 4397|1/25/2021 1:53:05 PM | 24397 | | Each passing day helps me feel a little better | I know I am a small fish in comparison to the people who ransacked the capital or were plotting to do so [#@#PH002#@#]|REST-SMS-MO | | |
| 4397|1/25/2021 1:53:06 PM | 24397 | | PH001#@#]online | but if this comes back in my direction I&apos;ll be finished.|REST-SMS-MO | | |
| 4397|1/25/2021 10:14:27 PM | | 24397 | I guess and they call us conspiracy theoriest??|REST-SMS-AO | | |
| 4397|1/25/2021 10:15:55 PM | 24397 | | &apos;m just hoping they aren&apos;t calling me a fugitive anytime soon ??|REST-SMS-MO | | |
| 4397|1/25/2021 10:16:39 PM | | 24397 | Lol. They will have a shit ton of those soon.|REST SMS AO | | |
| 4397|1/25/2021 10:18:14 PM | 24397 | | You think so???|REST-SMS-MO | | |
| 4397|1/25/2021 10:19:43 PM | | 24397 | I think so. If had to guess possibly in the next two weeks. That&apos;s not supported on info I&apos;ve seen. It&apos;s just me guessing.|REST-SMS-AO | | |
| 4397|1/25/2021 10:22:43 PM | 24397 | | t&apos;s so bad of me but I&apos;m really hoping that something crazy happens to take the spotlight off the latest scenario. | | |
| If this year is anything like 2020 t[#@#PH002#@#]|REST-SMS-MO | | | | | |
| 4397|1/25/2021 10:22:46 PM | 24397 | | t&apos;s so bad of me but I&apos;m really hoping that something crazy happens to take the spotlight off the latest scenario. | | |
| If this year is anything like 2020 there should be something insane biweekly.|REST SMS MO | | | | | |