# Exhibit A
## (DD214 of Robert Morss)

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| MORSS, ROBERT ABRAHAM | ARMY/RA | |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20181228 |
|---|---|---|---|
| SPC | E04 | | |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| SACRAMENTO, CALIFORNIA | 329 SHELBY DR SPARKS NEVADA 89436 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 020075INHHC HHC ARMY RANGER SP | JB LEWIS-MCCHORD, WA 98433-9500 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| USAR CON GP (REINF) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | AMOUNT: $ 400,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 11C1P INDIRECT FIRE INFANTR - 4 YRS 0 MOS// NOTHING FOLLOWS | a. DATE ENTERED AD THIS PERIOD | 2011 | 08 | 08 |
| | b. SEPARATION DATE THIS PERIOD | 2015 | 12 | 18 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0004 | 04 | 11 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0000 | 09 | 12 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 04 | 25 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2013 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR //ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL//NATIONAL DEFENSE SERVICE MEDAL// GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//NATO MEDAL//COMBAT INFANTRYMAN BADGE//PARACHUTIST BADGE// NOTHING FOLLOWS | AIRBORNE, 3 WEEKS, 2012//COMBATIVES LEVEL 1, 1 WEEK, 2013//COMBATIVES LEVEL 2, 2 WEEKS, 2013//INDIRECT FIRE INFANTRYMAN, 6 WEEKS, 2012//RANGER ASSESSMENT AND SELECTION PROGRAM 1, 8 WEEKS, 2012//NOTHING FOLLOWS |

| | | YES | NO |
|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | X NO |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | YES | X NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| | | | X |

| 18. REMARKS |
|---|
| SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20101229-20110807//ENLISTMENT BONUS PAID: $1800.00, 20110808// MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN FROM 20120627-20121024, 20130512-20130904, 20140328-20140518//NOTHING FOLLOWS |
| The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program. |

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - Include ZIP Code) |
|---|---|
| 111 KAREN DR IRWIN PENNSYLVANIA 15642 | ANDREW MORSS 111 KAREN DR IRWIN PENNSYLVANIA 15642 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) NV OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES | NO |

| 21.a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| ESIGNED BY: MORSS.ROBERT.ABRAHAM.140 7032590 | 20151030 | ESIGNED BY: MARCZAK.WILLIAM.THADDEUS.JR.1027772125 WILLIAM T MARCZAK JR, GS07, LEAD HRA | 20151030 |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) | |
|---|---|
| 23. TYPE OF SEPARATION RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
| 25. SEPARATION AUTHORITY AR 635-200, CHAP 4 | 26. SEPARATION CODE MBK | 27. REENTRY CODE 1 |
| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) RAM |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|

# Exhibit B
## (Newspaper Article - Dec. 15, 2018)

Page 2 | Oct. 15-17, 2018    LOCAL    THE DAILY COLLEGIAN

# A CHANGE OF FIELD

## Ex-military students transition from service to school

**By Lilly Forsyth**
THE DAILY COLLEGIAN



Robert Morss (senior-secondary education) was deployed three times before coming to Penn State.

Once students turn their tassels at high school graduation, many count the days left until college move-in.

Other students, however, are counting down the days until they don a military uniform and train to serve in the armed forces.

Two students, Robert Morss and Yianni Efthymiou, shared stories of their transitions from serving in the Army directly after high school to beginning their undergraduate studies at Penn State.

### Finding his passion

A 17-year-old Robert Morss asked his "proud yet terrified" parents to sign the waiver that would allow him to enlist in the Army as a minor.

Growing up surrounded by family and friends who served in the military, Morss (junior secondary education) was aware of the perils and pride that come from service.

He also didn't want — nor had the funds — to go to college.

"I wanted nothing to do with college at the time," Morss said. "I didn't want anything to do with school, period."

Not wanting to be like typical Reno, Nevada residents who "live there and ... die there," Morss met with an Army recruiter and began the process of joining the infantry division.

Later, Morss was offered a ranger contract with the Army and left home for the 2nd Ranger Battalion — stationed in Fort Lewis, Washington.

> "The stress that comes from not having control over what happens... That's something that no one really talks about."
>
> **Yianni Efthymiou**
> Sophomore

He was deployed three times in his four years of service.

Before he put on the uniform, though, Morss knew he wasn't looking for a life-long military career.

"I knew I wanted a wife and kids," Morss said. "I kind of had an idea that I wanted to be a teacher, but I wasn't really there yet."

His experiences in uniform solidified those thoughts.

"After getting in, I'm looking around at all these people that sold their souls to the military and I'm like, 'I don't want to be you,'" Morss said.

"I appreciate your service and I appreciate you because without you it wouldn't be as free as we are, but that wasn't my path."

During his first deployment, he realized becoming a high school history teacher would be the next step in his life journey.

"That sort of all hit me like a ton of bricks," Morss said. "I said 'When I get out, I'm going to go to college and getting my degree and being a high school history teacher.'"

During a recent assignment for his "English language learner" class, Morss drafted a letter in English and Spanish to send to the parents of his future students, explaining his teaching goals.

With enthusiasm in his eyes, Morss highlighted parts of his letter, which included plans for parent-student interactive homework and moments in which he would dress up in costume to help students learn.

He noted that he wants his future students to understand that history — they can make it, too.

As the son of two teachers, he wants to be a similar source of support like his parents are for him.

With the future in sight, Morss is ready for the next phase of his life.

"I'm pumped," Morss said through a giant smile. "I cannot wait [to be a teacher]."

### A Cypriot soldier

On the other side of the world, Yianni Efthymiou graduated high school and went right into the army — on the other army, that is.

"Coming out of high school and into the army isn't as bad as you'd because you're placed right into it and have to adapt to matter what," Efthymiou (sophomore-division of undergraduate studies) said.

Born and raised in Cyprus, a country located in the Mediterranean, Efthymiou was automatically enlisted in the army for nine months of mandatory basic training as part of the country's conscription policy, which impacts all males aged 18.

Since one of his brothers served the army, Efthymiou was obligated to fulfill the entire nine months.

Though it took some adjustment to personal sacrifices, Efthymiou said the place in the army and continued his service as a second lieutenant for a total of two years.

One of hardest things Efthymiou had to deal with was the loss of independence.

"Being in the army, you literally give them everything," Efthymiou said. "They can do whatever the f*** they want and that's it. You have no choice."

Efthymiou's mother also battled cancer while he was enlisted, because of the limited amount of approved absences he was allowed, he was only able to visit his mother before or after surgeries.

When Efthymiou decided he had gotten what he needed out of the army, he started to assess his options. Before leaving the military, Efthymiou opened a brown bag and later took a gap year to "decompress" and explore Europe.

Since coming to the United States for the first time to get an education, Efthymiou has had a "difficult" college experience so far.

"I get the classes and things like that, but getting back into ... studying ... has been very difficult," Efthymiou said.

In terms of social interactions, Efthymiou had some help due to the fact that he was housed in Atherton Hall, where he lived among upperclassmen.

"As an older, undergraduate student, it's a really harder ... because I don't really bond with [underclassmen], especially the freshmen because the age gap is very different," Efthymiou said.

The 22-year-old also found it difficult to relate to some people in his high school class because they had the ability to go to college right after graduating. Efthymiou recalled one of his friends from his master's degree before he started his freshman year of college.

"It feels like you're being left behind and it sucks," he said.

Despite these feelings, Efthymiou is grateful for his post-high school years and "wouldn't give it up for anything."

"The army isn't for everyone and that's fine if that didn't work out for someone," Efthymiou said. "Don't feel like you have to [enlist]. There are other ways to be a hero or go to college."

### Accepting helping hands

Efthymiou saw many young men come out of the army "traumatized," and he feels people would understand the physical and mental strain the military puts on young adults.

"People struggle in the army," he said. "The stress that comes from just being in there or not having control over what...

...happens in that point of time ... that's something that no one really talks about.

Though he left the army without any traumas, Efthymiou admitted that exams and classes were "though not as stressful as being in the army," he said — can be difficult to navigate.

"I talk with... people [were] more understanding of why... my grades fluctuate — where some days I'm really good and some days I'm really bad," he said. "It's just because I'm still struggling to figure it out. It's like I have to start all over again."

Though he has not personally used many of the resources Penn State offers, Efthymiou recognizes the benefit of resources available in the Office of Veterans Programs. He also has a positive perspective about the ROTC program.

"I think the ROTC program teaches you really cool stuff," Efthymiou said. "I guess it prepares you for getting put into the brunt of it while you are getting an education, which I think is amazing."

Morss, on the other hand, has taken advantage of the resources of the Office of Veterans Programs and is currently completing a work-study there.

"Coming here, finding a job where there are other veterans who get it, it was cool to relate to some folks and some friends." Morss said.

Veterans Outreach Coordinator, Mary Fisk, understands how difficult the transition from military to academia can be, and uses her position in the Office of Veterans Programs to make the change as smooth as possible.

"The transition can be tough for some people," Fisk said. "Some people try to avoid it ... but it's going to happen at some point and it's generally not going to be too comfortable."

The office, located in 325 Boucke Building, features certified counselors and a lounge for veterans to study or relax.

> "Coming here, finding a job where there are other veterans who get it, it was cool to relate to some folks and some friends."
>
> **Robert Morss**
> Junior

Programs available through the office include a mentor tutoring program, a veteran-only career fair and a veteran-specific orientation.

Fisk also worked with the education department to create a first-year seminar specifically for ex-military students that focuses on the transition.

Inspired by the book currently used in the class, Fisk is working with the Penn State University Press to create a Penn State edition, which will contain a collection of personal tales that future students will study. Art pieces of any format and genre will accompany the stories.

Fisk was also able to establish a veterans dormitory option, available in fall 2019, to help incoming students who don't know anyone find a place to live in their first year.

"We've had several veterans that come to school here, especially in the fall semester, who have gotten out of the military a week before they start classes," Fisk said. "It's nearly impossible to find affordable housing in State College at this time of year."

While these programs are available to veterans and military dependents, Fisk knows some veterans won't know exactly where to go to access the resources.

According to Fisk it's "very comfortable" in the military. If those serving are leaving problems, individuals may seek out leadership that they'll take care of it.

Further, the notion people who are willing to help can't do everything for veterans.

To Morss, others on campus can support our crans by just showing compassion.

"Everybody you pass by has some wounds, their own scars that they're dealing with every day," Morss said. "Maybe you can use the fact that there's veterans walking among you as a reminder that there's some people that are should... weight you can't even fathom."

To accept reporter lmf51216@psu.edu.
Follow her on Twitter at @lilly_edufsk

Collegian Creative

### What is

# Exhibit C
### (Mural to Honor Veterans - July 29, 2020)



# THE DAILY NEWS

*Your Hometown Newspaper*

ALL ACCESS
PRINT | ONLINE | MOBILE

NFL:
Camps open
with eye on
baseball
Page 4

Se. Vol. 106     No. 138                                          WEDNESDAY, JULY 29, 2020

# Mural to honor veterans

## Petersburg Legion to unveil art during 100th anniversary

By JONATHAN
BERGMUELLER
Staff Writer

Don MacEachern held several ambitions for the Cloyd K. Davis American Legion Post 150 in Petersburg while he served as its commander from 2014-2018.

Over the course of his tenure, the Legion's new board of directors achieved many goals, which included paying off a mortgage, updating the bar, putting in a new heating system and other routine accomplishments.

But one goal that fell by the wayside was commissioning a mural to celebrate veterans along the back wall of the post's social room, where the organization holds its meetings.

MacEachern said everywhere he turned, he could not find artists willing or able to do it. The Juniata Valley High School had several limitations involving liability and required the students working on it during school hours, which prevented it from being done. Professional artists agreed to paint the mural, but at a cost, which was not a condition the Legion was able to meet. The mural went by the wayside until last fall. Shelley Ormsby, a 13-year United States Air Force veteran



Photo by JONATHAN BERGMUELLER

Penn State students Alyssa Lyons and put the finishing touches on a mural dedicated to veterans of the armed forces at the Cloyd K. Davis American Legion Post 150 social room in Petersburg. The mural will be unveiled during a 100th anniversary celebration Saturday, Aug. 1.

who served under Don while he was commander, works at Penn State University as an administrative professional. She visited a servicewoman's coffee hour and, on the offhand, asked if anyone knew of someone willing to paint the mural. While no one expressed interest, a man stopped her before she left the gathering.

"I said ... I think I can get your mural done for you,"

the man, Robert Morss, said, recalling that meeting for *The Daily News.*

Morss, a U.S. Army veteran, assembled a team of volunteers that began sketching out the mural. From its inception, the team planned to represent 10 wars and conflicts on the wall: The American Revolutionary War, the War of 1812, the American Civil War, World War I,

World War II, the Korean War, the Vietnam War, the Persian Gulf War, Sept. 11, 2001, and the wars in Iraq and Afghanistan.

The team painted the mural throughout the past several months between other obligations on an entirely volunteer basis.

See Mural
Page 2

# County receives hazard grant

By KYLIE HAWN
Staff Writer

The Huntingdon County Commissioners, during their weekly meeting Tuesday, approved a grant from the Federal Emergency Management Agency (FEMA) regarding the hazard mitigation grant that will be used to fully pay for the county's hazard mitigation plan update for 2020.

"This has been a two-year process," said Joe Thompson, the county's emergency management agency director. "It is taken a lot of hard work, not only from FEMA, but from PEMA, the planning department, EMA and commissioners, to complete."

The specific grant is from the 2020 fiscal year from the U.S. Department of Homeland Security for $52,500 which will pay for the entire cost of updating the plan and hiring Michael Baker International, a consulting firm to help update the plan.

"We were able to find this funding source through a federal disaster declaration in 2018 due to severe storms across the state," said Thompson. "The federal share is $40,000, and the state share is $12,500, which covers the entire cost."

Commissioner Scott Walls added there are still a couple of municipalities that will need to turn in infor-

mation regarding the hazard mitigation plan update for the county before they submit it to PEMA for approval.

"Every municipality is required to have a plan, but the county is doing a countywide plan, and we include all municipalities in this plan so they can adopt it," said Thompson. "This is so if funding becomes available (for disasters) or for insurance purposes, they can get money or residents can save on insurance."

Jim Lettiere, Huntingdon County Planning Director, also had this USDA Rural Housing Historic Preservation Grant agreement approved for $71,718.23.

"This is countywide rehabilitation of homes," he said. "This was originally supposed to be used by September 2020, but this will be extended until September 2021. We want to work on about five homes for emergency rehabilitation, which includes an immediate need, like a health and safety threat, a home is without vital services or a sudden mechanical or structural failure."

Lettiere said they can get started immediately and help out those mostly elderly, who have immediate needs. He also noted that Center for Community Action will

See Grant
Page 2

# Mural

Continued from Page 1

In addition to Morss, one other volunteer is a veteran: Adam Paton. Sean Gallagher, Alyssa Lyons, Dovile Drozdovaite also helped. However, Morss attributed a lot of credit to Shae Rider, who specialized in depicting soldiers' faces on the mural.

"She's got most of the raw talent," Morss said. "I could focus her talent and she could just put something beautiful on the wall."

In addition to volunteering their time and talent, the group contributed its own supplies to paint the mural. Morss said Rider, especially, brought the bulk of paint and tools to paint the mural. The mural cost Legion members next to nothing, aside for the occasional refreshment provided for the painters. The element of service behind painting the mural acts as motivation for the end-product.

"I'm just blessed to be part of it," Morss said.

Morss' inspiration comes from the fact he feels a sense of heritage with America and the wars the team has depicted, him having been deployed to Afghanistan. He understands the sacrifices of those who often come to the Legion.

"My soul is bound to

that kind of patriotism and remembrance," Morss said. "This was a no-brainer for me."

However, Morss also wants to be a high school history teacher after he leaves school. He hopes the mural can be used to educate the next generation.

"If we can capture that within this mural, within 20 feet of historical content, hopefully a lot of people are going to walk away with the message, 'This all took place so that I can live in this country and be free and be a better person,'" Morss said.

"I think it's fantastic what they're doing," MacEachern said. "When I found out (Morss and Paton) are veterans, it makes it more special."

"He is just a ball full of energy," Ormsby said of Morss. "He is so passionate about this."

The mural will be unveiled at the Cloyd K. Davis American Legion Post 150 at 117 King St. in Petersburg. The unveiling ceremony, which will begin at noon, Saturday, Aug.1, is open to the public. Immediately following the ceremony, the post will celebrate its 100-year anniversary since its founding, during which food and drinks will be provided to community guests.

*Jon can be reached at jbergmueller@huntingdondailynews.com.*

After Phil
college in
finally set
eymoon: a
month cr
try road tr
which the
the west
States in
swagen
their two
In O
enlisted i
Army, a
basic tr
in New
statione
Army
where
cal rese
microw
orable
Phil
school
Colleg
Medic
1977.
his int
ids Os
Grand
in
ing f
Publi
whic
andr
serv
phy
Val
the
Al
tio
M
in
at
vi
in
ti
d
f
n
b

# Exhibit D
## (Legion Mural a Testament to Service)
## July 29, 2020



Your Source for Residential & Commercial Properties INSIDE TODAY!

THIS WEEKEND'S
COUPON VALUE = $309
Super savings coming Saturday

rad competing
at WVU – B1

# Altoona Mirror

$1.25   © Copyright 2020   **FRIDAY**   July 31, 2020

# Legion mural a testament to service

Petersburg Post 150 to mark centennial with weekend event

BY RICK BOSTON
rboston@altoonamirror.com

PETERSBURG — An overheard conversation among a group of military women has led to the realization of a dream for the

Petersburg American Legion Post 150.

A 20-foot, 10-panel mural, with each panel representing the major wars the United States has fought since the Revolution, is set to be dedicated at a ceremony marking the post's centennial, beginning at noon Saturday.

Shelly Ormsby, post treasurer, said the legion has wanted to have a mural painted for some time.

"Between those panels is an evolution of warfare with different scenes that capture the heroic and patriotic moments of our nation's history."

*Robert Morss, senior education major at PSU*

"I asked around, but we couldn't make it happen," she said.

Enter Robert Morss, a senior education major at Penn State's University Park campus.

In November, Morss was work-

ing in the Office of Veterans Programs on campus, and during a gathering of female veterans, he overheard Ormsby talk about trying to get a mural painted.

"I could hear what they were saying and at one point I heard someone mention that she was trying to get a mural painted but that nobody was able to do it," Morss said.

See **Mural**/Page **A5**

Friday, July 31, 2020           **LOCAL**

# MURAL: To inspire next generation

**(Continued from Page A1)**

Morss said he went back to doing his homework and when the meeting was over, he approached Ormsby.

"I said, 'My name is Robert Morss and I think I can get that done for you,'" he said. "We have been working on it since then."

For Morss, 27, of Reno, Nevada, working on the mural is personal. A four-year veteran of the United States Army, Morss said it is a way for him to honor those who have come before him, while setting an example for those who will follow.

Morss said the mural begins with a scene of soldiers standing around a campfire at Valley Forge and ends with the present-day conflict in Afghanistan.



Courtesy photo

Adam Paton (left) and Robert Morss work on the 10-panel war mural at the Petersburg American Legion Post 150. The mural, depicting scenes from every major war America has fought since the Revolution, will be unveiled to the public at noon Saturday.

"Between those panels is an evolution of warfare with different scenes that capture the heroic and patriotic moments of our nation's history," he said.

Enlisting the help of some of his Penn State peers, Morss said the process of bringing the mural to life has been a humbling experience.

"It has been a beautiful thing to sketch it out and watch it come to life as people have joined in," he said. "I am grateful for the support I have been getting throughout this journey."

Morss said the panels not only show America's battles, but also historical milestones in military evolution.

"It shows an African American soldier fighting alongside white soldiers after the Military Integration Act, and the first female combatant, a pilot in the Gulf War.

Morss said the mural will stand as a testament to everyone who has served, and those who will one day serve.

"It's about honoring those who have come before us," he said. "It is also about the next generation that is com-ing up. We have left plenty of room on the wall for more panels to be inserted. America is not done fighting wars to protect its people and its lands, and the next generation is going to have to do that. I want this mural to inspire them and challenge them."

*Mirror Staff Writer Rick Boston is at 946-7535.*

# Exhibit E
## (Veteran Unveil Mural-August 4, 2020)
## Photos of Unveiling



# DAILY NEWS

*Your Hometown Newspaper*



**MLB:**
Shorter double-
headers may ease
scheduling chaos,
Page 4



TUESDAY, AUGUST 4, 2020

# Veterans unveil mural
## Petersburg Legion celebrates 100th anniversary

**By REBECCA BERDAR**
For The Daily News

The family of veterans and supportive patriots which has grown up around the Cloyd K. Davis American Legion Post 150 in Petersburg assembled Saturday to commemorate the post's centennial by unveiling a mural chronicling the battles and sacrifices that have shaped the nation and preserved its principals.

The 10-panel painting pays tribute to America's war veterans who served over the past 244 years, from the Revolutionary War to the battles in the Middle East.

The lead artist, Robert Morss, hails from Reno, Nevada, and served three tours in Afghanistan as an U.S. Army Ranger. He's now a Penn State University student, slated to graduate in the fall with degrees in secondary education, history and political science.

Morss recruited fellow Penn Staters to work on the mural, which was the brainchild of former Post 150 commander Don MacEachern. The crew initiated their project in November by sketching out the panels and started putting paint on the wall in January. The group, which trekked back and forth between State College and Petersburg for seven months, finalized the mural Friday morning just ahead of Saturday's celebration.

"It's been a honor falling in love with this Legion," Morss



Photo by REBECCA BERDAR

**Mary Ann (Davis) Metz, niece of American Legion Post 150 namesake Cloyd K. Davis, unveiled the first section of a 10-panel mural which was dedicated Saturday during the post's 100th anniversary.**

said. "For 100 years, this place has stood to be a safeguard for veterans, wandering souls and for those who need a place to call home."

Morss thanked Post 150's members and officers for their stewardship over the past century.

"I am proud of this place," he said. "I knew this was hallowed ground when I arrived ...

and it will stand for another 100 years."

Shelly Ormsby, Post 150 treasurer, served as emcee and introduced the community members who were selected to unveil each of the panels.

The first panel in the series, dedicated to the American Revolution, depicts a trio of Continental Army soldiers warming themselves around a campfire

in the dead of night, as Gen. George Washington sits astride a horse in the distance. The honor of unveiling this panel was given to Mary Ann (Davis) Metz, niece of Post 150's namesake Cloyd K. Davis.

The second panel honors the War of 1812 between the Unit-

**See Mural**
Page 3



A hand-painted mural now stretches 10 panels across a wall in the meeting room of the Cloyd K. Davis American Legion Post in Petersburg and stands as a tribute to veterans from all American wars. The mural was the brainchild of former post commander Don MacEachern and was executed by a team of Penn State students.

Photo by Rebecca Barder

## Mural

Continued from Page 1

ed States and England. Morss said the perspective is that of Francis Scott Key, author of the poem which would become the "Star-Spangled Banner." Key was held onboard a British ship during the Battle of Baltimore, Sept. 13-14, 1814. Key was inspired by his early morning view from the ship of the American flag still waving over Fort McHenry following the night-time bombardment.

Veteran Glen Metz, who Ormsby said hasn't missed a Post 150 Memorial Day observance in close to 50 years, unveiled the panel.

The third panel in the series, dedicated to the American Civil War, was unveiled by Bill Lightner whose great-grandfather Peter R. Rupert, served in the Union Army as an infantryman with Company C, 45th Regiment. The mural image shows a Union soldier embracing a dying Confederate soldier. Morss said the artistic team deliberately made the two men look similar to signify how the war pitted brother against brother.

The fourth panel honors those who fought during World War I and depicts a scene out of the trenches. The panel was unveiled by Regina Ormsby whose father, Charles M. Hoffman, was a sergeant in the U.S. Army during the Great War. He was also a Purple Heart recipient and served at Post 150's first commander.

Shelly Ormsby explained Hoffman was shot in France and was nursed to health by a family on a nearby farm. She said he received a chest wound which might have proven fatal if not for a notebook he kept in his pocket which slowed the bullet.

Next, World War II veteran Lloyd Morningstar unveiled the mural's World War II panel which depicted an American pilot's cockpit view of the Japanese fleet at Midway. Morningstar, a Navy veteran, served in the Pacific Theater of Operations and participated in the assault and occupation of Okinawa Gutto in June 1945.

The Korean War panel was unveiled by Post 150 historian Glen Butler. The panel shows Marines in position on the front lines as the sun rises over a snow-capped mountain in the distance.

The Vietnam War panel was unveiled by Don Butler, a veteran of that war. The panel shows soldiers on patrol through a lush jungle landscape.

Butler said the experience of warfare and its effects are difficult to grasp by those who haven't worn a uniform or who aren't close to someone who has.

"It's important for us to understand the enormity of the sacrifice," Butler said. "There are tens of thousands of Gold Star families out there that can tell you the real cost of freedom."

Morss said the focus of the Vietnam War panel, an African American soldier, represents the realization of the Military Integration Act.

"While and Black fought side-by-side, spilling the same color of blood," Morss said.

Next, Scott Hearn, who served in the U.S. Army for 21 years, from June 1982 to November 2003, unveiled the eighth panel, dedicated to the first Gulf War. Morss shared that the panel honors female combatants by depicting a woman pilot, and also the support personnel working behind the scenes.

The ninth panel portrays the immediate aftermath of the Sept. 11, 2001, terrorist attacks, with smoke billowing from twin towers of the World Trade Center in New York City. For this panel, the artists incorporated the Coast Guard ship Juniper which rendered aid in the New York City area following the attack. Onboard that ship was Shelly Ormsby's husband, Brett, who had the honor of unveiling the panel.

Morss said the panel is titled "The Day the World Stood Still" and shared how he, as a third grade student, watched the second plane hit the WTC live on television. The attacks led to the second Gulf War and subsequent conflict in Afghanistan which Morss himself would join as a member of the U.S. Army right out of high school.

Morss himself unveiled the final panel which honors veterans of the wars in Iraq and Afghanistan. Morss dedicated the panel to his fellow Rangers, in particular Sgt. Thomas McPherson, killed in action at age 26 during heavy firefight in Ghazni Province Oct. 12, 2012.

"There are a lot of Easter eggs hidden in these panels," Morss said, encouraging the audience to take a closer look. For example, the constellation seen overhead in the night sky of the first panel, is the same one in the sky in the last panel. Each panel also shows the evolution of arms, from the muskets of the Revolution, to the state-of-the-art weaponry with which today's combatants are equipped.

Morss pointed out that each panel shows someone holding or carrying a book. He said the book is open to interpretation and could be a Bible to represent someone's faith or a manual of rules and regulations which speaks to task and purpose as a member of the armed services.

Morss presented two challenges to the roughly 80 persons in attendance. Speaking as a future history teacher, Morss's first challenged the audience to do their part in educating upcoming generations about the nation's history and the many and varied sacrifices made by veterans to ensure the nation's preservation.

"Second, I challenge you to live a life worthy of their sacrifice," Morss said.

Other members of the artistic team were Air Force veterans Adam Patton and Sean Gallagher, plus Shae Rider, Deville Droddenia and Alyssa Lyons.

"The me, it was a good opportunity to put myself into the painting," Patton said, adding he wanted his panel, the one dedicated to the Gulf War, to serve as a shout-out to support personnel like himself.

Following the presentation of the mural, the Post 150 family continued to honor the post's history with a social featuring live music, home-cooked food and plenty of fellowship.

The post's namesake, Cloyd K. Davis, was killed in action Oct. 4, 1918, at Mont Blanc, France. Davis was 23 years old.

Born Dec. 30, 1893, in the Skewers Creek Valley, the son of Elmer and Ella (Ryder) Davis and brother of Earnest and Earl Davis. He grew up on the family farm in West Township and attended Petersburg schools, graduating in 1914. According to a Dec. 2, 1918, report in the Altoona Times, Davis graduated from Juniata College in 1917 and enlisted with the U.S. Marine Corps June 29, 1917, in Altoona.

He saw his family for the last time during a three-day leave prior to shipping out for France Sept. 22, 1918.

On Oct. 4, 1918, Cloyd and his company were positioned in a skirmish line against the Germans at Mont Blanc (description). The company was pinned down for about four hours by the Germans on this barren stretch of land with only scattered weeds for cover, when they were attacked by a German aircraft which strafed the Americans with machine gun fire. At this moment, David paid the supreme sacrifice for his country.

Davis was initially buried in the Meuse-Argonne Cemetery in France, then reinterred close to home in the Mooresville Cemetery in West Township in 1921.

The Cloyd K. Davis Post 150 was chartered Aug. 1, 1920, less than one year after Congress chartered the American Legion organization. Post 150 held its first meetings in the homes of its officers and directors, then settled into the Odd Fellows Hall above the old U.S. Post Office. Meetings were suspended from 1941 through 1945 while American was again at war. Post 150 resumed its activities in 1946.

Post 150 relocated several times, occupying the second floor of Anderson Home and Supply in Petersburg and Eva Kirkpatrick's store room, before building a home all its own. Post 150 purchased two and one-half lots on King Street in Petersburg in 1961 and started renovating the property July 17 of that year. Post 150 has remained at this location ever since.

*Rebecca can be reached at dnews@huntingdondailynews.com.*







# Exhibit F
## (Letters from Penn State University)



Office of Curriculum and Instruction Field Experiences
College of Education
The Pennsylvania State University
170 Chambers Building
University Park, PA 16802-3205

Phone 814-865-1734
Fax 814-865-1927
www.ed.psu.edu/pds/celfe

Timothy D. Larouere
2156 Robin Hood Drive
N. Huntingdon, PA 15642

December 11, 2020

To Whom It May Concern:

I am pleased to write a letter of recommendation for Mr. Robert Morss. Mr. Morss completed his student teaching experience in Secondary Social Studies under my supervision during the fall semester of 2020 at Shaler Middle School in the Shaler Area School District.

Mr. Morss was an exemplary student. He was very professional in his duties as a student teacher and strove to meet the needs of all of his students regardless of their ability level. He had a wonderful classroom presence and developed a great rapport with his students, all of which translated into his creating a positive environment that was conducive to learning. One of his greatest attributes was his ability to prepare and plan. Robert planned very creative activities to support student learning. He consistently incorporated a variety of technological strategies into his daily lessons. Communication was a strong point for him. He effectively used verbal, nonverbal, and media communications to enhance his lessons.

Robert exhibited true professionalism. He met regularly with his mentor and other eighth grade team members to discuss teaching techniques and strategies. Robert would frequently infuse relevant community and school characteristics into his lessons. He reflected well on lessons taught, and always tried to improve himself as an educator.

Mr. Morss has achieved exemplary ratings and evaluations. He is very motivated and maintains a high level of professionalism. Robert will be an outstanding teacher, and I recommend him to you without hesitation. If I can be of further assistance, please do not hesitate to contact me at 724-863-0134 or tdl12@psu.edu.

Sincerely,

Timothy D. Larouere

Timothy D. Larouere
Supervisor of Student Teachers
Penn State University

 **PennState**

Eric J. Barron
President

The Pennsylvania State University
201 Old Main
University Park, PA 16802

Dear Penn Stater:

On Saturday, December 19, 2020, for the 396th time, we will celebrate the accomplishments of the men and women who have completed their academic programs at Penn State. As a result of the COVID-19 pandemic and public health guidance to limit large gatherings and maintain social distancing, we will be celebrating with a virtual ceremony. The Class of 2020 has experienced a period that will change our nation and our world. You have demonstrated an inspiring level of creativity, strength, resilience and maturity—all skills that will contribute to the betterment of humankind. You are to be commended for your good works and goodwill as you adjusted to profound changes over the past several months.

On behalf of Penn State, I want you to know how much we will miss sharing our fall commencement in person with you and your families. However, we're pleased that we can still acknowledge this important milestone through a special ceremony that will be streamed online at https://fall2020.commencement.psu.edu/ on Dec. 19 at 2 p.m. EST.

Although this is a departure from the traditional ceremony that dates back nearly 1,000 years, no commencement is complete without one ancient symbol of our medieval past: the mortarboard and tassel. We hope that for the virtual ceremony on December 19, you will wear the enclosed mortarboard as nearly 900,000 Penn State alumni have in the past, so that you may move your tassel from right to left when your degree is conferred.

Commencement is a joyous time, and as college graduates, you will be joining an elite group of individuals: only 39% of Americans over the age of 25 have earned a bachelor's degree. For about one-third of our Penn State families, this will be the first time a family member has earned a college degree. We are incredibly proud of each of you and urge you to be part of our livestreamed University-wide commencement.

I hope you feel a sense of accomplishment—not only for your own personal successes, but for all you have contributed to the larger community. To the Class of 2020, I offer my heartfelt congratulations. You are an important part of the Penn State family. I hope you'll join us online on December 19, 2020, and we'll look forward to seeing you back on campus when we can safely celebrate your accomplishments together.

Sincerely,

Eric J. Barron
President, Penn State

# Exhibit G

## Letter of Recommendation from
## Shaler Area Middle School, Glenshaw, PA

# Shaler Area Middle School

1810 Mt. Royal Boulevard, Glenshaw, PA 15116 • 412.492.1200 • www.sasd.k12.pa.us



Eric Stennett, Ed.D.
Principal

Shannon M. Howard, Ed.D.
Assistant Principal

December 2, 2020

To Whom It May Concern:

It is with great pleasure that I write this letter of recommendation regarding the professional competencies and personal attributes of Mr. Robert Morss. As Robert's supervisory teacher, during his student teaching experience, I observed and mentored him throughout the fall semester of the 2020-2021 school year.

Mr. Morss exhibits poise and confidence in the classroom. He was outstanding in the areas of class preparation, lesson pacing, attending to student learning needs, varying teaching methods to reach all learners and classroom management. Mr. Morss's computer and technological knowledge proved to be an enormous asset to my classes as 2020-2021 school year has been year of many challenges. Robert has helped our department design and implement a hybrid and remote curriculum to facilitate the needs of students and families as we navigate the pandemic. His knowledge of Apple products and their applications as well as his mastery of Microsoft products and their use as a tool in the classroom has been a tremendous asset during this challenging and evolving time for education. Robert has also taken part in planning and implementing of our departments Historical Thinking and Social Studies C3 Framework lessons. Robert's content knowledge has also been an asset when helping to plan and implement Pennsylvania's Core Standards lessons and navigating through the pandemic.

During his time in my class, he has made remarkable progress in the critical areas of classroom management and lesson design. What makes his progress stand out is that he has taught students of all levels. These classes consist of gifted students as well as students with special needs and learning disabilities. The class sizes varied from 18 to 30 students. He worked with each group and made the necessary adaptations and accommodations to ensure the success of each individual learner. Mr. Morss's desire to go above and beyond his classroom duties is demonstrated by his willingness to design lessons highlighting his own military experience for a 9/11 lesson and dressing as Robert Morris and recording an interview for the students to gain an understanding of the sacrifices made during the Revolutionary period. His competence, dedication, and professionalism are unquestionable. Robert's positive attitude and dedication to his career has been an incredible asset to my classroom during his experience.

Without reservation, I urge you to consider Mr. Robert Morss for a teaching position in your school district. He is sure to become a positive attribute to your district and the teaching profession.

Sincerely,

Thomas J. Gray
Activities Director
Social Studies Department Chair
Social Studies Teacher
grayT@sasd.k12.pa.us

# Exhibit H

(Family Photos)





