IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | )<br>)<br>) |
| v. | ) Crim. No. 21cr40<br>) Hon. Trevor McFadden |
| ROBERT MORSS,<br>    Defendant. | )<br>)<br>) |

DEFENDANT'S MOTION TO ADOPT AND JOIN

Comes now Defendant Robert Morss, by counsel, and moves this Court for leave to adopt and join the following motions of co-defendant Judd:

a. Co-defendant Judd's Motion to Dismiss Obstruction Charge (Doc 255), and

b. Co-defendant Judd's Motion to Transfer Venue (Doc 257).

Respectfully Submitted,

ROBERT MORSS
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1