IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

_____
                                       )
UNITED STATES,                         )
                                       )
    v.                                 )    Crim. No. 21cr40
                                       )    Hon. Trevor McFadden
ROBERT MORSS,                          )
        Defendant.                     )
_____)

**DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION TO RECONSIDER PRETRIAL RELEASE**

Comes now Defendant Robert Morss, by counsel, and replies to the government's Opposition (Doc 291) to his Motion for Reconsideration of Pretrial Release (Doc 283).

The government's Opposition ignores utterly the fundamental premise of Defendant's motion. By unilaterally prolonging the pretrial period (i.e., that period necessary for adequate disclosure of discovery) while simultaneously demanding pretrial confinement, the government forces Defendant to surrender one of two rights to which he is constitutionally entitled – his right to discovery and his right not to be punished before he is convicted.

Undersigned has found no decision – none rejecting and certainly none endorsing pretrial confinement – that entailed a scenario where the government had intentionally, unnecessarily and arbitrarily prolonged the pretrial period while simultaneously demanding pretrial confinement. The government's decision in this case to reverse the normal order of prosecution – opting instead to indict before investigating – has unavoidably prolonged the pretrial period. The government's simultaneous insistence on

pretrial confinement impels Defendant to accept a trial prior to the point at which he will be adequately prepared to defend.

                                                    Respectfully Submitted,

                                                    ROBERT MORSS
                                                    By Counsel

                                                    _____/s/_____
                                                   John C. Kiyonaga

                                                 600 Cameron Street
                                                 Alexandria, Virginia 22314
                                                 Telephone: (703) 739-0009
                                                 Facsimile: (703) 340-1642
                                                 E-mail: john@johnckiyonaga.com

                                                 Counsel for the Defendant

<u>Certificate of Electronic Service</u>

     I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                                                 _____/s/_____
                                                 John C. Kiyonaga