NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　Criminal Number  21cr40

Robert Morss et al.
　　　(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA　　　　■ RETAINED　　　　☐ FEDERAL PUBLIC DEFENDER

*Nicholas Smith*
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicholas Smith, DC No. 1029802
*(Attorney & Bar ID Number)*

David B Smith PLLC
*(Firm Name)*

1123 Broadway, Suite 909
*(Street Address)*

New York NY 10010
*(City)     (State)     (Zip)*

917-902-3869
*(Telephone Number)*