IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, <br><br> v. <br><br> ROBERT MORSS, <br> Defendant. | Crim. No. 21cr40 <br> Hon. Trevor McFadden |

## MOTION TO SUBSTITUTE COUNSEL

Comes now undersigned, counsel for Defendant Robert Morss, and moves this Court to allow his withdrawal as counsel for the reason that Defendant has engaged Nicholas Smith, Esq. to replace him and Mr. Smith has consequently entered his appearance as counsel for Defendant.

I ASK FOR THIS:

/s/
ROBERT MORSS

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Robert Morss

### Certificate of Electronic Service

I hereby certify that on September 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1