IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

UNITED STATES,                          )
                                        )
                                        )
            v.                          )        Crim. No. 21cr40
                                        )        Hon. Trevor McFadden
                                        )
ROBERT MORSS,                           )
            Defendant.                  )
                                        )

## ORDER

Defendant Robert Morss having engaged Nicholas Smith, Esq. to replace John Kiyonaga, Esq. as his counsel, it is hereby

ORDERED that John Kiyonaga be and hereby is considered to have withdrawn as counsel for Defendant Robert Morss.


Date: _____          _____
                                        TREVOR McFADDEN
                                        United States District Judge

1