Michael Rosson

September 23, 2022

To Whom It Concerns:

My name is Michael Rosson, and I served in the 2nd Ranger Battalion, 75th Ranger Regiment from 2012 to 2016 stationed at Fort Lewis, WA. During that time, I was initially assigned to HHC company, mortar platoon where I met Robert Morss. During the duration of my time of service, I have served with Robert Morss in both Mortar Platoon and in the S-2 office; in addition, I have deployed twice with him, 2012 and 2013.

It is to be noted that neither Robert Morss nor I attended Ranger School. Ranger School is an US Army Leadership Course that, upon graduation, graduates are given a Ranger Tab. All members of the US Army are allowed to take the course, but then return to their units with a Ranger qualification.

In contrast, Robert Morss and I both attended Ranger Assessment and Selection Program (RASP), ran by the Special Operations unit, the 75th Ranger Regiment. Upon graduation, we were both assigned to 2nd Ranger Battalion, and served in the Special Operation unit as Rangers (members of the Ranger Regiment).

Very Respectfully,

*Michael Rosson*

Michael Rosson

October 15, 2022

To Whom It May Concern,

I have had the honor and privilege to know Robert Morss for approximately the last 5 years. When I was the Commander of Petersburg American Legion Post 150, in Petersburg, Pennsylvania (2014-2018)I had set several goals that I hoped we could accomplish during my time as Commander. One of those goals was to have a mural painted on the wall in our social room. Unfortunately, during my time as Commander we were never able to find someone to make it happen. Shortly after serving my time as Commander, I walked into the Legion one day and was told that someone was found, who volunteered, and was willing to paint us the mural. That person was back in the social room looking at the blank wall that the mural would be painted on. I walked back into the social room introduced myself to Robert, and our friendship began. From our first meeting, I knew we had found the right person to tackle this project. Robert told me about his military background, with him having done several tours of duty in Iraq /Afghanistan. Robert told me that this project would not only be done with his hands, but also from his heart. To complete the project, Robert and his crew of helpers, traveled from their homes in State College, Pa. approximately a 50 mile round trip drive, several days each week, for many weeks. All done at their own expense.  At the conclusion of the mural project the Legion had a ceremony to unvail the mural to the public. The mural consisted of 10 panels, each one honoring a United States war or conflict (Revolutionary War, Civil War, W.W. I, and II, Korea, Viet Nam, etc.) Robert was the MC for the ceremony. As each section was unvailed, Robert talked about the history of that conflict and how it affected the United States. He did a fantastic job, and spoke from his heart. During our conversations while the mural was being painted, Robert told me that he wanted to be a high school history teacher. He wanted to have a small part in educating our younger Americans on the history of our great country. Robert fulfilled that wish when he was hired as a history teacher at Shaler High School, near Pittsburgh. I truly believe we need more Roberts in this world. He is a man who cares about people, has strong values, principle values. Before my retirement, I was involved in management for 42 years. I consider myself a good judge of people. I truly believe that Robert is a good person with good intentions. I highly endorse Robert Morss as being a good person of charactor, and well meaning.

If you wish any additional comments, or have any questions, please feel free to contact me.

Best Regards,                          Address: 7159 School Lane, Alexandria, Pa. 16611
                                                         Home Phone: 814-669-4080
Don MacEachern                    Cell Phone: 814-386-2815

*[signature]*

2

August 11, 2022

Honorable Judge Trevor N. McFadden,

United States District Court,

DISTRICT of COLUMBIA

Re: Robert Morss

Dear Judge McFadden,

My name is Laurie Dalhaus and my husband of almost forty-five years is Robert Dalhaus. We are jointly presenting this letter on behalf of our dear friend Robert Morss whom we have known for twenty-one years. I am a medical assistant by profession and my husband, Bob is a grocery manager. Together my husband and I have taught self-defense in our community for several years. Both my husband and I hold several black belts and are master instructors in our art.

It was at our school, Dalhaus Martial Arts Legacy where we first met the young eight-year-old Robert, his younger brother Paul, mom Angela, and dad Andrew. We have remained friends with this loving and amazing family to this day. Andrew, Robert, and Paul took classes from us for years and are all high-ranking alumni. Andrew stays involved and is a valued black-belt instructor in the school.

Being instructors in such a demanding sport requires becoming very close to your students. In respect to children, we require high standards of conduct in education, social events, even good and productive participation in the family are all required to continue training participating and advancing in the art of Goju-Kenpo.

Over the years we have had some remarkable students emerge as exemplary role models, inspiring instructors, and strong leaders among the ranks. Robert is one of them. One of my favorite attributes about Robert is his generous, giving, and respectful attitude toward others, even as a young child. He was a good boy who grew into a good seventeen-year-old who eagerly enlisted to serve his Country. With an ear-to-ear grin he said, "Goodbye!" As a supremely brave Army Ranger he

was injured badly. But still came home to earn his bachelor's at Penn State with the aim to give his knowledge to others and continue to contribute to society in a major way.

We are pleading with you Judge McFadden, to show as much mercy and leniency as possible for our dear Robert. Knowing Robert as well as do, we are convinced that even though he went into the Capital on that dark day Robert's intentions, instincts, and goal was to protect people on both sides. That is simply Robert's basic nature and one of his finest characteristics.


Sincerely


Robert and Laurie Dalhaus

7/30/22

To Whom it May Concern,

    I have known Robert Morss since we were in middle school together. Even at that age he was a teacher. Whether it was helping me understand our newest math lessons, or helping other students on the track team improve their technique, he was the one that students would go to for advice or help because of his kindness, patience and knowledge.

    As we came into high school these qualities only continued to grow. While many other people our age would have a hard time dealing with the different challenges were beginning to face as we were tying to figure our futures and our place in the world, Robert always was ahead of the game.

    Robert continued to be diligent in his education because he wanted to be able to understand the world and help make a difference. I believe this is when he realized that he wanted to be a teacher because of how greatly he could help so many other navigate a world that can be confusing and scary and see the best it has to offer. I have always admired how Robert has been confident with himself while constantly working to bring everyone up with him. If someone was feeling unsure of themselves Robert would point out all the positives about themselves that they were overlooking and help them see that the improvement they were looking for was not far away and very obtainable.

    It's because of this strong desire to help and serve others, it was unsurprising to me that he decided to serve in the military. And after his service to this country, I still saw that patience, kindness, and respect show in all his interactions. I remember a time where someone was talking with Robert and they started getting upset and frustrated that they held different opinions on a topic. Robert just continued to be himself and calmly and respectfully talked with this individual about the differences in their opinions, and very quickly he was able to show the commonalities that they held and that it didn't matter if they felt differently about things, because he would still care for and respect that individual.

    I look forward to having that positive light back in our lives, and I hope to do so soon.

Best Regards,

Alexa Salls



# NORTHERN NECK REGIONAL JAIL

Serving • Richmond Co. • Westmoreland Co. • Northumberland Co. • Town of Warsaw • Gloucester Co.
P. O. Box 1090, 3908 Richmond Road, Warsaw, Virginia 22572
(804) 333-6419 • Fax (804) 333-6029

Ted Hull, CJM, MBA
Superintendent

R. Michelle Lewis
Deputy Superintendent

Amy J. Dameron
Director of Finance &
Administration

Brian Seal
Director of Community Based
Probation & Offender Reentry

Captain Jonathan B. English
Chief of Security

Captain E. B. Luna
Chief of Intake & Receiving

Date: January 30, 2022

Re: Letter of Incarceration

Inmate Name: MORSS, ROBERT A.

To whom it may concern,

Inmate MORSS, ROBERT A. was incarcerated at NNRJ November 5, 2021, through December 19, 2022. While at NNRJ Inmate MORSS worked as a jail worker as a painter. He did this for approximately 12 months throughout his incarceration here.

While at NNRJ he was not involved in any incidents. Furthermore, throughout his 410 days here at NNRJ he remained respectful towards staff. Before he left he was housed in what we consider a Worker Honor Pod which means he has not been involved in any kind of incident.

Sincerely,

Chief of Intake and Receiving

Captain Luna

*"Never doubt that a small group of thoughtful, committed citizens can change the world. Indeed, it is the only thing that ever has."*
*M Meade*

Dear Honorable Judge McFadden,

I am writing you today with a heavy heart to plead for leniency on behalf of Robert Morrs, a man I have had the privilege of knowing for several years.  Rob and I met while we were both studying at Penn State University, and I have come to know Rob as a man of exceptional character, and his current situation does not reflect the person he truly is.

As an Army Ranger, Rob served our country with distinction and honor.  He deployed to Afghanistan three times in four years and experienced heavy combat on behalf of our nation.  He witnessed firsthand the atrocities of war and the toll it takes on one's mental health.  Despite this, he remained committed to his duties and showed unwavering bravery and dedication to his fellow soldiers.

After his service in the Army, Rob pursued higher education, demonstrating his passion for learning and his desire to make a positive impact on the world.  He earned a bachelor's degree in History and Education from Penn State University, where he continued to demonstrate his discipline, dedication, and work ethic.

However, Rob's life took an unfortunate turn on January 6th, 2021. He found himself in a difficult situation that should have been avoided, which ultimately led to his incarceration.  I understand that he made mistakes on that day, but I know that he is good to the core.  He is a man who has been through so much, and he needs our help now more than ever.

I am pleading with you today to take into account Rob's distinguished service to our country, his educational achievements, and his potential for success when considering his sentence.  He is a man who has always been dedicated to our country and community, and I believe that he has great potential to make a positive impact on the world if given a second chance.

I have spoken with Rob multiple times since his arrest in June of 2021.  I know that Rob is deeply remorseful for his actions on January 6th and understands the gravity of his situation.  He has taken steps to better himself and will seek rehabilitation and counseling when he is home.  He is determined to make the most of this experience and come out a better, stronger person.

In closing, I urge you to consider Rob's character, his potential for rehabilitation, and the positive impact he can have on society.  I believe that he deserves a second chance, and I hope that you will show him mercy and leniency.

Thank you for your time and attention.

Respectfully,

Alec Billon

Tuesday, July 26, 2022

To whom it may concern:

Robert Morss is a wonderful young man that we have known for about 25 years. As a business owner and Nurse Practitioner, we have felt it important to have good friends with strong morals and values around us and our family. Robert and his family have been that to our family. He and our children grew up together. They went to the same schools and even had some of the same teachers. He has been an example to us and our children of someone who would work hard to accomplish his goals while still being kind and considerate to others. He has always been very humble about his goals and accomplishments. There were many occasions in after school and other extra-curricular programs where we had opportunities to observe how Robert interacted with others. He would go out of his way to help younger children, including our son who is 6 years his junior, to feel more comfortable and to teach them. He was always one who would stand up for the little guy.

He has an amazing ability to empathize with a variety of people of different ages and backgrounds. It didn't seem to matter who was at the gathering; he could strike up a conversation with the old guy, the young child, the new mom, or the odd man out and make them feel important and heard. Anyone who spoke with him would know and feel cared about because of his genuine compassion and empathy for other people. I would challenge you to sit across from him, look in his eyes, and have a conversation with him. I'm sure that if you listened, with an open mind, you would hear the humility and humanity that is in this young man who, with the exuberance of youth, has had an occasion or two where his energy and vivacity got the best of him, like all young men occasionally do.

Duty and honor are not just words to Robert. He has proven this time and time again, not just during his service to our country, but in his life goals of going to college, becoming a teacher, like his parents, and being an example to those around him that the ideals of commitment, dignity, and honesty are alive and well today – at least they are in him.

Robert is a close, family friend that we would be proud to call, "son." We hope that you will be able to see the side of him that we have know for over 25 years that is passionate, compassionate, humble, and dedicated to helping his family, friends, and people around him.

Sincerely,

Thomas S. Wiley, Sr. &

Denise S. Wiley