IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 21-cr-40-TNM |
|  | ) |
| ROBERT MORSS, | ) |
|  | ) |
| Defendant. | ) |

**ROBERT MORSS'S NOTICE CONCERNING ONLINE FUNDRAISING**

The Presentence Report for Defendant Morss noted that, as of January 9, 2023, Morss's mother had raised $52,372 through the online fundraising platform GiveSendGo. PSR, ¶ 125. As counsel noted in the sentencing hearing, his fees and expenses in this matter were not sourced from Ms. Morss' online fundraising. Having conferred with Ms. Morss, counsel understands that most of the GiveSendGo funds were distributed to the defendant's prior counsel and the balanced has been used to cover costs and expenses associated with this case.

Dated: June 8, 2023                    Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway
Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for Robert Morss*

**Certificate of Service**

I hereby certify that on the 8th day of June, 2023, I filed the foregoing submission with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway
Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Attorney for Robert Morss*

2