IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES,           )<br>                          )<br>    v.                    )<br>                          )<br>ROBERT MORSS,             )<br>    Defendant.            )<br>                          ) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

PRAECIPE REGARDING NOTICE REGARDING FUNDRAISING

Comes now John C. Kiyonaga, erstwhile counsel for Defendant Robert Morss, and notes in response to the Notice Regarding Online Fundraising (Doc 649), that he received for his representation of Defendant approximately half the amount referenced in said Notice.

Respectfully Submitted,

_____/s/_____
John C. Kiyonaga

510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 836-4285
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1