IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                v.                              CRIMINAL NO. 1:21-cr-40

ROBERT MORSS,

        Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

      Please enter my appearance for counsel on the above captioned criminal case of Mr. Robert Morss. I certify that I am admitted to practice in this Court.

                                                        Respectfully Submitted,

Date:  April 6, 2024                  *s/ Komron Jon Maknoon*
                                                   Komron Jon Maknoon
                                                   PA I.D. 90466

                                                 438 Division Street
                                                 2nd Floor
                                                 Sewickley, PA 15143
                                                 412-201-1802
                                                 412-201-3484 (Fax)
                                                 kjm@maknoon-law.com