IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:2021cr00040 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT MORSS, | ) | The Honorable Trevor N. McFadden |
| | ) | |
| Defendant. | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

AND NOW, to-wit, comes Defendant, Robert Morss, (hereinafter "Mr. Morss"), by and through his attorney, Komron Jon Maknoon, Esquire, and respectfully submits this Motion to Modify Conditions of Release and, in support thereof, avers as follows:

1. On June 8, 2023, Mr. Morss was sentenced at Robbery and Aiding and Abetting in violation of 18 U.S.C. §§ 2111 and 2 one (Count 20), Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting in violation of 18 U.S.C. §§ 11(a)(1) and 2 (Count 27), and Obstruction of an Official Proceeding and Aiding and Abetting in violation of 18 U.S.C. §§ 1512 (c)(2) and 2 (Count 34).

2. At that time, Mr. Morss was sentenced to serve sixty-six months on Counts 20, 27, and 34 to run concurrently, twenty-four (24) months of supervised release to run concurrently, and restitution to the Architect of the Capital in the amount of $2000, and a special assessment fee of $300.

3. At that time, the Court ordered additional special conditions of probation which commonly occur when restitution is owed (*See* ECF Doc. No. 651).

4. The aforesaid additional Special Condition of Supervision are as follows:

1

      a. Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information.

      b. Financial Restriction - You must not incur new credit charges, or open additional lines of credit without approval of the probation officer.

      c. Restitution Obligation – You are ordered to make restitution to the Architect of the Capital in the amount of $2000. You must pay the balance of any financial obligations owed at a rate of no less than $100 a month. Payment of all financial obligations stated herein is a specific condition of your supervised release. Restitution payments shall be made to the Clerk of Courts for the United States District Court, District of Columbia, for disbursement.

5.    On April 29, 2024, Assistant United States Attorney Ashley Ackers informed undersigned counsel that she opposed the relief sough within.

6.    On May 2, 2024, undersigned counsel acquired a case inquiry report from the Clerk of Courts that show all fines and restitution are satisfied (*See* Exhibit A).

WHEREFORE, Mr. Morrs respectfully requests the within Special Conditions of Supervision as related to financial disclosure and restrictions, be terminated.

                                        Respectfully submitted,

                                        *s/ Komron Jon Maknoon*

                                        Komron Jon Maknoon, Esquire

                                        PA I.D. # 90466  
                                        Maknoon & Associates, LLC  
                                        438 Division Street  
                                        2nd Floor

Box 584
Sewickley PA 15143
(412) 201-1802
(412) 774-8424 FAX


Attorney for Defendant, Robert Morss