THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
    Plaintiff )
)
v. )   CASE NO. 21-cr-40-5
)
ROBERT MORSS, )
    Defendant )

Leave to file GRANTED
TREVOR N. MCFADDEN 6/11/24
United States District Judge

RECEIVED
Mail Room
MAY 2 2 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

MOTION SEEKING DEFAULT

Now comes the Defendant, Robert Morss, acting pro se and in forma pauperis, with a Motion Seeking Default due to the government's failure to comply with the Court's order to respond to the Defendant's request for a two-level reduction in sentence.

On February 14, 2024 the Defendant sent through prison mail a Motion Seeking Two-Level Reduction [of sentence] Pursuant to Amendment 821, Part A. Shortly thereafter, the Court ordered the government to respond to the Defendant's request by May 10, 2024. To date[1] no response has been received, no extension has been granted by the Court, and there are no entries in the docket with respect to this matter.

---

1. May 20, 2024

1

Pursuant to local rules, the provisions of which apply to proceedings, all motions **must** be filed within the deadlines set by the court, unless otherwise ordered by the court. This Court gave no such order and as a result, the Defendant asks the Court to take what he presented in his argument as true and issue a ruling in favor of a two-level reduction in sentence.

May 20, 2024

Submitted by:

Robert Morss