IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:2021-cr-00040 |
| | ) | |
| v. | ) | The Honorable Trevor N. McFadden |
| | ) | |
| ROBERT MORSS, | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

AND NOW, to-wit, comes Defendant, Robert Morss, by and through his counsel, Komron Jon Maknoon, Esquire, and files the within Motion for Leave to Withdraw as Counsel and, in support, avers the following:

1. On June 8, 2023, Mr. Morss was sentenced at Robbery and Aiding and Abetting in violation of 18 U.S.C. §§ 2111 and 2 one (Count 20), Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting in violation of 18 U.S.C. §§ 11(a)(1) and 2 (Count 27), and Obstruction of an Official Proceeding and Aiding and Abetting in violation of 18 U.S.C. §§ 1512 (c)(2) and 2 (Count 34).

2. At that time, Mr. Morss was sentenced to serve sixty-six months on Counts 20, 27, and 34 to run concurrently, twenty-four (24) months of supervised release to run concurrently, and restitution to the Architect of the Capital in the amount of $2000, and a special assessment fee of $300.

3. On April 6, 2024, undersigned counsel respectfully entered his appearance (*See* ECF Doc. No. 771).

4. On May 16, 2024, Mr. Morss, through undersigned counsel, filed a Motion to Modify Conditions of Release[1] (*See* ECF Doc. No. 787).

5. To date, said motion is pending before the Court.

6. Additionally, on June 12, 2024, Mr. Morss filed a *pro se* Motion Seeking Default (*See* ECF Doc. No. 800) and is likely to file and is likely to file additional *pro se* motions or attempt to engage new counsel.

7. Recently, Mr. Morss informed undersigned counsel that his services were terminated, and the parties have amicably ceased all communications.[2]

8. Rule 1.16 of the American Bar Association states that a lawyer may withdraw from representing a client for good cause.

9. Due to the termination of undersigned counsel's representation, the cessation of all attorney-client communications, Mr. Morss's filing of *pro se* motion(s), and Mr. Morss right to choose his own counsel, undersigned counsel is unable to effectively continue representation.

10. Granting leave to withdraw does not create any material adverse effect on the interests of Mr. Morss.

WHEREFORE, it is respectfully requested that this Honorable Court grant leave for undersigned counsel, Komron Jon Maknoon, to withdraw as attorney for Mr. Morss.

Respectfully submitted,

*s/ Komron Jon Maknoon*

Komron Jon Maknoon, Esquire
PA I.D. NO. 90466
MAKNOON & ESHENBAUGH, LLC.
438 Division Street, 2nd Floor

---

[1] Undersigned counsel was primarily retained for the Motion to Modify Conditions of Release.
[2] Mr. Morss is aware that the ruling on the Motion to Modify Conditions of Release is pending.

                        Sewickley, PA 15143
                        (412) 201-1802
                        (412) 774-8424
                        kjm@maknoon-law.com

                        Attorney for Defendant, Robert Morss