**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:2021-cr-00040 |
| | ) | |
| | ) | |
| v. | ) | The Honorable Trevor N. McFadden |
| | ) | |
| | ) | |
| ROBERT MORSS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____ 2024, upon full consideration of the Motion for Leave to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

_____, J.
Trevor N. McFadden
United States District Judge