UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

United States of America
- Plaintiff

vs

Robert Morss
- Defendant

Case No. 21-cr-40-5

Leave to file GRANTED
TREVOR N. MCFADDEN 11/12/24
United States District Judge

## Motion
## Seeking A Status Update

Now comes the defendant Robert Morss, acting pro se and in forma pauperis, with a motion seeking a status update with respect to the aforementioned case number.

On or about February 14, 2024 the Defendant sent a motion seeking a two-level reduction in sentence pursuant to Amendment 821, Part A, along with supporting documentation. and a request for appointment of counsel. The Court then ordered the government to respond by May 10, 2024 and when no response was filed the defendant filed a motion seeking default on May 20, 2024. This in turn was followed by a Supplement due to the recent Supreme Court ruling in Fischer v United States, Case No. 2024 LEXIS 2880 (2024).

To date the Court has not responded to the Defendant nor has it appointed a lawyer to assist in the defense of the matter. Since prison mail is sometimes unreliable and he recently changed addresses, the defendant would like to receive an update with respect to his case.

October 20, 2024 Submitted By:

Robert Morss, Pro se

Robert A. Morss

Robert Morss, Pro se

RECEIVED
Mail Room
OCT 28 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia